**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA**

| | | |
|---|---|---|
| Kody Tipton, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| Nabors Drilling USA, Inc., Nabors Drilling | ) | |
| USA LP, Nabors Drilling Technologies | ) | |
| USA, Inc., Oasis Petroleum Inc., Oasis | ) | |
| Petroleum LLC, Oasis Petroleum North | ) | |
| America LLC, and Oasis Petroleum | ) | Case No. 1:22-cv-036 |
| Marketing, LLC, | ) | |
| | ) | |
| Defendant. | ) | |

On September 21, 2023, the Parties filed a Stipulation to Extend Discovery Deadlines. (Doc. No. 20). The court **ADOPTS** the Parties' stipulation (Doc. No. 20) and **AMENDS** the pretrial deadlines as follows:

1.  All fact discovery will be completed by the following deadline, with all written requests for discovery to be served a minimum of thirty (30) days prior to the deadline: January 11, 2024.

2.  Discovery motions are due by January 18, 2024.

3.  The deadlines to provide the name(s) of expert witnesses and complete reports are as follows:

    a.  February 2, 2024 for Plaintiff; and

    b.  March 1, 2024, for Defendants.

4.  Discovery depositions of expert witnesses shall be completed by April 15, 2024.

5.  The deadline to Amend Pleadings and to Join Parties is October 21, 2023.

6.      Dispositive Motions are due by February 22, 2024.

The court, on its own motion, shall continue the final pretrial conference and jury trial in this matter to ensure there is sufficient time to consider any dispositive motions that may be filed.  Accordingly, the final pretrial conference set for April 30, 2024, shall be rescheduled for August 6, 2024, at 9:00 AM by telephone before the magistrate judge.  To participate in the conference, the parties should call (877) 810-9415 and enter access code 8992581.   The jury trial scheduled for May 13, 2024, shall be rescheduled for August 19, 2024, at 9:30 AM in Bismarck before Judge Traynor.  A seven (7) day trial is anticipated.

**IT IS SO ORDERED.**

Dated this 22nd day of September, 2023.

/s/ Clare R. Hochhalter
Clare R. Hochhalter, Magistrate Judge
United States District Court